JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | | |
|---|---|---|
| WILLIS ELECTRIC COMPANY, LTD., etc., et al., | ) ) ) | SA CV 08-325 AHS (MLGx) |
| Plaintiffs, | ) ) | |
| v. | ) ) | JUDGMENT |
| LINCOLN IMPORTS, LTD., INC., etc., | ) ) ) | |
| Defendants. | ) ) ) | |

Defendant's Motion for Partial Summary Judgment as to Plaintiffs' Fourth and Fifth Causes of Action and Motion for Partial Summary Judgment as to Its Counterclaim for Infringement of U.S. Reissue Patent No. 36,640 having come before the Court, the Honorable Alicemarie H. Stotler, United States District Court Judge, presiding, and a decision having been duly rendered, and the other parties having resolved their differences by settlement and dismissal,

//

//

//

1         IT IS ORDERED AND ADJUDGED:

2         that the Court grants judgment to defendant and

3 counter-claimant Lincoln Imports, Ltd., Inc., and that defendant

4 shall recover its costs of suit from plaintiff/counter-defendant

5 Inliten, LLC.

6         DATED:  June 30, 2009.

7

8                          ALICEMARIE H. STOTLER

9                           ALICEMARIE H. STOTLER
                            U.S. DISTRICT JUDGE